1  Zachary Nightingale (California Bar #184501)
   Marc Van Der Hout (California Bar # 80778)
2  Avantika Shastri (California Bar #233453)
   Van Der Hout, Brigagliano & Nightingale, LLP
3  180 Sutter Street, Fifth Floor
   San Francisco, California 94104
4  Telephone: (415) 981-3000
   Facsimile: (415) 981-3003
5  Email: ndca@vblaw.com

6  Attorneys for Petitioner
   Carlos Ivan VARGAS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Carlos Ivan VARGAS                                Case No. C 07 5062

    Petitioner,

    v.                                           PETITION FOR
                                                  NATURALIZATION PURSUANT
Rosemary MELVILLE, District Director, in her      TO 8 U.S.C. § 1447(b)
Official Capacity, District Director, Citizenship &
Immigration Services, United States Department of Immigration Case
Homeland Security, San Francisco, California; Robin
BARRETT, in her Official Capacity, Field Officer  USCIS No.: A24-213-888
Director, Citizenship & Immigration Services, United
States Department of Homeland Security, San
Francisco, California; Emilio T. GONZALEZ, in his
official Capacity, Director, United States Citizenship
and Immigration Services, Department of Homeland
Security; Michael CHERTOFF, in his Official
Capacity, Secretary, Department of Homeland
Security; Peter D. KEISLER, in his Official Capacity,
Acting United States Attorney General; and Robert S.
MUELLER, III, in his Official Capacity, Director,
Federal Bureau of Investigation

    Respondents.

---

Petition for Naturalization                                      Case No. _____

# INTRODUCTION

1. Petitioner Carlos Ivan VARGAS ("Petitioner"), files this Petition for Naturalization pursuant to section 336(b) of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1447(b), requesting that this Court adjudicate his application for naturalization and grant him naturalization or, if necessary, order that a hearing take place in this matter.

2. Petitioner files this Petition for Naturalization because the United States Department of Homeland Security ("DHS") in San Francisco, California, has failed to make a determination regarding his application for naturalization for over 120 days since the naturalization examination was conducted at the United States Citizenship and Immigration Services ("USCIS") office in San Francisco, California on March 15, 2007. See 8 U.S.C. § 1447(b). His application has now been pending for 200 days since the date of his interview.

3. Petitioner is a 41-year-old citizen and national of Nicaragua, who has been a lawful permanent resident of the United States since the age of June 18, 1980. See Declaration of Zachary Nightingale ("Nightingale Dec.") at Exhibit ("Exh.") A. Petitioner filed his application for naturalization with USCIS on August 30, 2006. Id.. His naturalization interview was held in San Francisco, California on March 15, 2007. Id. at Exh. C. He was subsequently informed that he had passed the English, U.S. History, and U.S. Government elements of the examination, and requested to provide additional information. Id. at Exh. C, D. He timely submitted that information on or about April 4, 2007. Id. at Exh. E. The USCIS has not issued a decision on his application since that time.

4. Petitioner meets all statutory requirements for naturalization. See 8 U.S.C. § 1427(a). He has continuously resided as a lawful permanent resident in the United States for over five years, and has been physically present in the United States for at least 30 of these 60 months. See 8 U.S.C. §§ 1427(a)(1), (a)(2). Petitioner has also been a person of good moral character for over five years. See 8 U.S.C. § 1427(a)(3); 8 C.F.R. § 316.10. Thus, Petitioner meets all the statutory requirements for naturalization.

5. In the over 120 days since Petitioner had his naturalization interview, DHS has taken no apparent action to adjudicate his naturalization application.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action pursuant to 8 U.S.C. § 1447(b) (United States District Court may determine naturalization application when DHS has failed to determine the matter within 120 days of the date on which the naturalization examination was conducted); 28 U.S.C. § 2201 (Declaratory Judgment Act); and 28 U.S.C. § 1331 (federal question jurisdiction).

7. Venue is properly with this Court pursuant to 28 U.S.C. § 1391(e) because this is a civil action in which the Respondents are employees or officers of the United States, acting in their official capacity, and an agency of the United States; because a substantial part of the events or omissions giving rise to the claim occurred in San Franciso, California, in the Northern District of California; and because the named petitioner resides in the Northern District of California, and there is no real property involved in this action. See also 8 U.S.C. § 1447(b) (venue proper in "district court for the district in which the applicant resides").

## INTRADISTRICT ASSIGNMENT

8. This action should be assigned to the San Francisco Division because a substantial part of the events and omissions giving rise to this claim occurred within the jurisdiction of those divisions. See Local Rules 3-2(c), (d).

## PARTIES

9. Petitioner Carlos Ivan VARGAS is a citizen and national of Nicaragua, and a lawful permanent resident of the United States. Petitioner resides in San Mateo, California, which is within the jurisdiction of this court.

10. Respondent Rosemary MELVILLE, is the District Director of the San Francisco District Office of CIS and is sued herein in her official capacity;

Petition for Naturalization                2                                    Case No. ____

1  11.    Respondent Robin BARRETT, is the Field Officer Director, Citizenship &
2  Immigration Services, United States Department of Homeland Security, San Francisco,
3  California;

4  12.    Respondent Emilio T. GONZALEZ is the Director of USCIS and is sued herein
5  in his official capacity.

6  13.    Respondent Michael CHERTOFF is the Secretary of DHS and is sued herein in
7  his official capacity. In this capacity, he has responsibility for the administration and enforcement
8  of the immigration and naturalization laws pursuant to section 402 of the Homeland Security Act
9  of 2002, 107 Pub. L. No. 296, 116 Stat. 2135 (Nov. 25, 2002). See 8 U.S.C. § 1103.

10  14.    Respondent Peter D. KEISLER is the Acting Attorney General of the United
11  States and is sued herein in his official capacity. In this capacity, he has responsibility for
12  providing access to criminal history record information, pursuant to 8 U.S.C. §§ 1105(b) and
13  1103(g).

14  15.    Respondent Robert S. MUELLER, III, is the Director of the Federal Bureau of
15  Investigation and is sued herein in his official capacity. In this capacity, he has responsibility for
16  maintaining and providing access to criminal history record information.

## FACTS

19  16.    Petitioner is a 41 year old citizen and national of Nicaragua. See Nightingale
20  Dec. at Exh. A. He has been a lawful permanent resident of the United States since June 18,
21  1980. Id. He has resided continuously in the United States since becoming a lawful permanent
22  resident. Id.

23  17.    Petitioner currently resides in San Mateo, California with his wife, Carina
24  Vargas, who is a citizen of the United States. Id. He has five United States citizen children and
25  step-children. Id.

26  18.    Petitioner filed his application for naturalization (Form N-400) at the United
27  States Citizenship and Immigration Service's California Service Center on August 30, 2006. Id.
28  at Exh. A.

Petition for Naturalization                 3                              Case No. _____

19. Petitioner properly appeared for his scheduled biometrics appointment on September 21, 2006. Id. at Exh. B.

20. Petitioner appeared for a naturalization interview with USCIS officer Ronald Ennis in San Francisco, California on March 15, 2007. Id. at Exh. C. Following the interview, Petitioner was informed that he passed the required English, U.S. History, and U.S. Government tests for the examination and was asked to submit additional information regarding an arrest in 1986 and regarding his efforts to register for Selective Service. Id. at Exh. C and D.

21. Petitioner timely submitted the requested information on or about April 4, 2007. Id. at Exh. E.

22. Petitioner has not received any decision from the U.S. CIS in the 120 days since his March 15, 2007 naturalization interview.

## CAUSE OF ACTION

### COUNT ONE

### (FAILURE TO RENDER DECISION ON NATURALIZATION WITHIN 120 DAYS OF INTERVIEW)

23. The allegations contained in paragraphs 1 through 23 are repeated and realleged as though fully set forth herein.

24. The DHS has failed to adjudicate Petitioner's application for naturalization within 120 days of Petitioner's naturalization examination. Pursuant to 8 U.S.C. § 1447(b), the United States District Court for the district in which Petitioner resides "has jurisdiction over the matter and may either determine or remand the matter, with appropriate instructions, to the Service to determine the matter" if no action is taken on a naturalization application within 120 days of completion of the examination. Petitioner was interviewed on March 15, 2007, more than 120 days ago. Petitioner also meets all statutory requirements for naturalization pursuant to 8 U.S.C. § 1427(a). Therefore, this Court has the authority to adjudicate Petitioner's naturalization application.

## PRAYER FOR RELIEF

**WHEREFORE,** Petitioner prays that this Court grant the following relief:

(1) Assume jurisdiction over this matter;

(2) If necessary, order that a hearing take place in this matter;

(3) Adjudicate Petitioner's application for naturalization and grant him naturalization;

(4) Award reasonable costs and attorneys' fees; and

(5) Grant such further relief as the Court deems just and proper.

Dated: October 1, 2007            Respectfully submitted,

Zachary Nightingale
Marc Van Der Hout
Avantika Shastri
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104

Attorneys for Petitioner

By: _____
Zachary Nightingale

---

Petition for Naturalization            5            Case No. _____