1

Zachary Nightingale (California Bar #184501)
Marc Van Der Hout (California Bar # 80778)
Avantika Shastri (California Bar #233453)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Fifth Floor
San Francisco, California 94104
Telephone: (415) 981-3000
Facsimile: (415) 981-3003
Email: ndca@vblaw.com

2

3

4

5

6

Attorneys for Petitioner
Carlos Ivan VARGAS

7

ORIGINAL
FILED/eFiling

OCT - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

10

EDL

11

Carlos Ivan VARGAS

Case No.

C 07 5062

12

Petitioner,

13

v.

14

Rosemary MELVILLE, District Director, in her
Official Capacity, District Director, Citizenship &
Immigration Services, United States Department of
Homeland Security, San Francisco, California; Robin
BARRETT, in her Official Capacity, Field Officer
Director, Citizenship & Immigration Services, United
States Department of Homeland Security, San
Francisco, California; Emilio T. GONZALEZ, in his
official Capacity, Director, United States Citizenship
and Immigration Services, Department of Homeland
Security; Michael CHERTOFF, in his Official
Capacity, Secretary, Department of Homeland
Security; Peter D. KEISLER, in his Official Capacity,
Acting United States Attorney General; and Robert S.
MUELLER, III, in his Official Capacity, Director,
Federal Bureau of Investigation

15

16

17

18

19

20

21

22

Respondents.

23

DECLARATION OF ZACHARY
NIGHTINGALE IN SUPPORT OF
PETITION FOR
NATURALIZATION PURSUANT
TO 8 U.S.C. § 1447(b)

Immigration Case

USCIS No.: A24-213-888

24

25

26

27

28

Dec. of Zachary Nightingale

No. _____

## DECLARATION OF ZACHARY NIGHTINGALE

I, Zachary Nightingale, hereby declare the following:

1. I am an attorney and partner at Van Der Hout, Brigagliano and Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104. I make this declaration in support of Petitioner Carlos Ivan VARGAS's ("Petitioner") Petition for Naturalization. Unless otherwise stated, I received the documents described from Petitioner in connection with Van Der Hout, Brigagliano and Nightingale's representation of him in this case.

2. Petitioner is a 41-year-old citizen and national of Nicaragua. He has been a lawful permanent resident of the United States since June 18, 1980. Petitioner filed an application for naturalization (Form N-400) on August 30, 2006. A copy of that application and receipt are attached as Exhibit A.

3. On September 21, 2006, Petitioner properly appeared for an appointment for his biometric information. A copy of his appointment notice, which contains a copy of the biometrics processing stamp, is attached as Exhibit B.

4. Petitioner appeared for a naturalization interview in San Francisco, California on March 15, 2007. He was interviewed by Officer Ronald Ennis. At the conclusion of the interview, the officer informed Petitioner that he passed the U.S. History, U.S. Government, and English required tests for the examination and requested additional information regarding a 1986 arrest and Petitioner's efforts to register for Selective Service. A copy of the Naturalization Interview Results is attached as Exhibit C, and a copy of the Request for Further Evidence is attached as Exhibit D.

5. Petitioner timely submitted the requested information on or about April 4, 2007. A copy of the requested information, other good moral character letters submitted with the requested information, and proof of delivery, are attached as Exhibit E.

6. Over 120 days have elapsed since Petitioner's March 15, 2007 naturalization interview. His application for naturalization has not yet been adjudicated.

1

2

I declare under penalty of perjury that the above information is true and correct to the best of my knowledge.  Executed this 1st day of October, 2007 at San Francisco, California.

3

4

Zachary Nightingale
Declarant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

# Van Der Hout, Brigagliano & Nightingale, LLP

Marc Van Der Hout
Christine Brigagliano
Zachary Nightingale
Ilyce Shugall *
Stacy Tolchin
Courtney McDermed **
Stacey L. Gartland
Avantika Shastri

180 Sutter Street, Fifth Floor
San Francisco, CA 94104-4029
(415) 981 3000    Telephone
(415) 981 3003    Facsimile

Palo Alto Office
(650) 688 6020    Telephone

*Admitted in Illinois
**Admitted in Arizona

### VIA OVERNIGHT MAIL

August 29, 2006

Citizenship & Immigration Service
California Service Center
24000 Avila Road, 2nd Floor, Rm.2302
Laguna Niguel, CA  92677

### Re: Application for Naturalization (N-400)
**Applicant:**     **VARGAS, Carlos Ivan**
                **A24-213-888**

Dear Sir or Madam:

Enclosed for filing please find the following forms and documents in support of the above-referenced individual's application for naturalization:

1. Notice of Appearance (Form G-28);

2. Application for Naturalization (Form N-400);

3. Form N-400 filing fee of $330;

4. Copy of Applicant's Memorandum of Creation of Record of Lawful Permanent Residence (Form I-181).  **Please note:**  Applicant's Alien Registration Card was confiscated by the former INS and never returned.

5. Two (2) immigration-style photographs of Applicant;

6. Filing fee of $70 for fingerprinting service.

California Service Center
August 29, 2006
Page 2

Thank you for your assistance in this matter   Should you require further documentation, please do not hesitate to contact me.

Sincerely,

Zachary Nightingale

ZN:lh
Enclosures
Cc:  Carlos Vargas

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

| |
|---|
| Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10. |

| In re: VARGAS, Carlos Ivan | Date:    03/08/2006 |
|---|---|
| | File No.  A24-213-888 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: VARGAS, CARLOS IVAN | ☐ Petitioner   ☐ Beneficiary | ☒ Applicant |
|---|---|---|

| Address: (Apt. No.)    (Number & Street) 340 MIDVALE AVENUE | (City) SAN MATEO | (State) CA | (Zip Code) 94403 |
|---|---|---|---|

| Name: | ☐ Petitioner   ☐ Beneficiary | ☐ Applicant |
|---|---|---|

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following
State, territory, insular possession, or District of Columbia
            Supreme Court of California  184501                              and am not under a court or administrative agency
                                        Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the
United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also
check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS  Van Der Hout, Brigagliano & Nightingale, LLP 180 Sutter Street, Fifth Floor San Francisco, CA 94104 |
|---|---|
| NAME (Type or Print) Zachary Nightingale | TELEPHONE NUMBER (415) 981-3000 | FAX (415) 981-3003 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED
ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND
NATURALIZATION SERVICE SYSTEM OF RECORDS:
            Zachary Nightingale
                    (Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

**All immigration matters**

| Name of Person Consenting CARLOS IVAN VARGAS | Signature of Person Consenting | Date |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien
lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such
records is contained in 8CFR 103.10 and 103.20 Et.SEQ.                                              Form G-28 (09/26/00)Y

ZNS9071

OMB No. 1615-0052

Department of Homeland Security
U.S Citizenship and Immigration Services

# N-400 Application
# for Naturalization

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.

**Part 1. Your Name.** *(The Person Applying for Naturalization)*

| Write your USCIS "A"- number here: |
| A  24-213-888 |

**A.** Your current legal name.

Family Name *(Last Name)*

**VARGAS**

Given Name *(First Name)*

**CARLOS**

Full Middle Name *(If applicable)*

**IVAN**

**For USCIS Use Only**

| Bar Code | Date Stamp |

Remarks

**B.** Your name **exactly** as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

**VARGAS**

Given Name *(First Name)*

**CARLOS**

Full Middle Name *(If applicable)*

**IVAN**

**C.** If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| **MARTINEZ** | **RICARDO** | |
| | | |
| | | |

**D.** Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

**1.** Would you like to legally change your name?  ☐ Yes  ☒ No

**2.** If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name

Action Block

**Part 2. Information About Your Eligibility.** *(Check Only One)*

I am at least 18 years old **AND**

**A.** ☒ I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, **and** my spouse has been a U.S. citizen for the last three years.

**C.** ☐ I am applying on the basis of qualifying military service.

**D.** ☐ Other *(Please explain)* _____

Form N-400 (Rev. 10/26/05)Y

## Part 3. Information About You.

Write your USCIS "A"- number here:
A **24-213-888**

**A.** U.S. Social Security Number

**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**

**B.** Date of Birth *(mm/dd/yyyy)*

**01/10/1966**

**C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*

**06/18/1980**

**D.** Country of Birth

**NICARAGUA**

**E.** Country of Nationality

**NICARAGUA**

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*   [X] Yes   [ ] No

**G.** What is your current marital status?   [ ] Single, Never Married   [X] Married   [ ] Divorced   [ ] Widowed

[ ] Marriage Annulled or Other *(Explain)* _____

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   [ ] Yes   [X] No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   [ ] Yes   [X] No

If you answered "Yes," check the box below that applies:

[ ] I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

[ ] I use a wheelchair.

[ ] I am blind or sight impaired.

[ ] I will need another type of accommodation. Please explain: _____

## Part 4. Addresses and Telephone Numbers.

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*

**340 MIDVALE AVENUE**

Apartment Number

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| **SAN MATEO** | | **CA** | **94403** | **USA** |

**B.** Care of

Mailing Address - Street Number and Name *(If different from home address)*

**340 MIDVALE AVENUE**

Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| **SAN MATEO** | **CA** | **94403** | **USA** |

**C.** Daytime Phone Number *(If any)*

**(650) 458-9561**

Evening Phone Number *(If any)*

**(650) 458-9561**

E-mail Address *(If any)*

**CVARGAS@APSINT.COM**

**Part 5. Information for Criminal Records Search.**

Write your USCIS "A"- number here:

A 24-213-888

NOTE: The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

[X] Male  [ ] Female

**B. Height**

**5** Feet **6** Inches

**C. Weight**

**175** Pounds

**D. Are you Hispanic or Latino?**  [X] Yes  [ ] No

**E. Race** *(Select one or more.)*

[ ] White  [ ] Asian  [ ] Black or African American  [ ] American Indian or Alaskan Native  [ ] Native Hawaiian or Other Pacific Islander

**F. Hair color**

[X] Black  [ ] Brown  [ ] Blonde  [ ] Gray  [ ] White  [ ] Red  [ ] Sandy  [ ] Bald (No Hair)

**G. Eye color**

[ ] Brown  [ ] Blue  [ ] Green  [ ] Hazel  [ ] Gray  [X] Black  [ ] Pink  [ ] Maroon  [ ] Other

**Part 6. Information About Your Residence and Employment.**

A. Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 07/2003 | Present |
| 1775 REX STREET, SAN MATEO, CA 94403 | 01/1999 | 07/2003 |
| | | |
| | | |
| | | |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| NOTRE DAME DE NAMUR UNIVERSITY | BELMONT, CA | 2002 | PRESENT | Student |
| APS INTERNATIONAL | SAN FRANCISCO, CA USA | 09/1995 | PRESENT | PRESIDENT/CEO |
| | | | | |
| | | | | |
| | | | | |

**Part 7. Time Outside the United States.**
**(Including Trips to Canada, Mexico and the Caribbean Islands)**

Write your USCIS "A"- number here:
A 24-213-888

**A.** How many total days did you spend outside of the United States during the past five years? | **0** days

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years? | **0** trips

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**Part 8. Information About Your Marital History.**

**A.** How many times have you been married (including annulled marriages)? **4** If you have **never** been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*
VARGAS (RAMOS)

Given Name *(First Name)*
CARINA

Full Middle Name *(If applicable)*
VIRGINIA

**2.** Date of Birth *(mm/dd/yyyy)*
09/27/1977

**3.** Date of Marriage *(mm/dd/yyyy)*
10/01/2005

**4.** Spouse's U.S. Social Security #
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

**5.** Home Address - Street Number and Name
340 MIDVALE AVENUE

Apartment Number

City
SAN MATEO

State
CA

Zip Code
94403

**Part 8. Information About Your Marital History.** *(Continued)*

Write your USCIS "A"- number here:
A 24-213-888

**C.** Is your spouse a U.S. citizen?   [X] Yes   [ ] No

**D.** If your spouse is a U.S. citizen, give the following information:

**1.** When did your spouse become a U.S. citizen?   [X] At Birth   [ ] Other

If "Other," give the following information:

**2.** Date your spouse became a U.S. citizen

**3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

**E.** If your spouse is **not** a U.S. citizen, give the following information :

**1.** Spouse's Country of Citizenship

**2.** Spouse's USCIS "A"- Number *(If applicable)*
A

**3.** Spouse's Immigration Status

[ ] Lawful Permanent Resident   [ ] Other

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

**1.** Prior Spouse's Family Name *(Last Name)*
LUNA

Given Name *(First Name)*
DYANNE

Full Middle Name *(If applicable)*
RENE

**2.** Prior Spouse's Immigration Status

[X] U.S. Citizen
[ ] Lawful Permanent Resident
[ ] Other

**3.** Date of Marriage *(mm/dd/yyyy)*
09/12/2003

**4.** Date Marriage Ended *(mm/dd/yyyy)*
02/09/2005

**5.** How Marriage Ended

[X] Divorce   [ ] Spouse Died   [ ] Other

**G.** How many times has your current spouse been married (including annulled marriages)?   1

If your spouse has **ever** been married before, give the following information about **your spouse's** prior marriage. If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

**1.** Prior Spouse's Family Name *(Last Name)*

Given Name *(First Name)*

Full Middle Name *(If applicable)*

**2.** Prior Spouse's Immigration Status

[ ] U.S. Citizen
[ ] Lawful Permanent Resident
[ ] Other

**3.** Date of Marriage *(mm/dd/yyyy)*

**4.** Date Marriage Ended *(mm/dd/yyyy)*

**5.** How Marriage Ended

[ ] Divorce   [ ] Spouse Died   [ ] Other

| Part 9. Information About Your Children. | Write your USCIS "A"- number here: |
|---|---|
| | A 24-213-888 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

| 5 |

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth *(mm/dd/yyyy)* | USCIS "A"- number *(if child has one)* | Country of Birth | Current Address *(Street, City, State and Country)* |
|---|---|---|---|---|
| VARGAS, CARLOS JR. | 11/21/1989 | A N/A | USA | WITH ME |
| VARGAS, BRIANNA | 06/09/1997 | A N/A | USA | WITH ME (PART TIME; JOINT CUSTODY WITH MOTHER) |
| VARGAS, ASHLEE | 07/18/1988 | A N/A | USA | WITH ME |
| VARGAS, IVANA | 04/04/1999 | A N/A | USA | WITH ME |
| MARTINEZ, GABE (STEP-SON) | 09/08/1997 | A N/A | USA | WITH ME |
| | | A | | |
| | | A | | |
| | | A | | |

| Part 10. Additional Questions. |

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

A. General Questions.

1. Have you **ever** claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☒ No
2. Have you **ever** registered to vote in any Federal, state or local election in the United States? ☐ Yes ☒ No
3. Have you **ever** voted in any Federal, state or local election in the United States? ☐ Yes ☒ No
4. Since becoming a Lawful Permanent Resident, have you **ever** failed to file a required Federal, state or local tax return? ☐ Yes ☒ No
5. Do you owe any Federal, state or local taxes that are overdue? ☐ Yes ☒ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years? ☐ Yes ☒ No

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:

A **24-213-888**

B. **Affiliations.**

8.  a.  Have you **ever** been a member of or associated with any organization, association, fund, foundation, party, club, society or similar group in the United States or in any other place?  ☐ Yes  ☒ No

   b.  If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9.  Have you **ever** been a member of or in any way associated (*either directly or indirectly*) with:

   a.  The Communist Party?  ☐ Yes  ☒ No

   b.  Any other totalitarian party?  ☐ Yes  ☒ No

   c.  A terrorist organization?  ☐ Yes  ☒ No

10.  Have you **ever** advocated (*either directly or indirectly*) the overthrow of any government by force or violence?  ☐ Yes  ☒ No

11.  Have you **ever** persecuted (*either directly or indirectly*) any person because of race, religion, national origin, membership in a particular social group or political opinion?  ☐ Yes  ☒ No

12.  Between March 23, 1933 and May 8, 1945, did you work for or associate in any way (*either directly or indirectly*) with:

   a.  The Nazi government of Germany?  ☐ Yes  ☒ No

   b.  Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☒ No

   c.  Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?  ☐ Yes  ☒ No

C. **Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

13.  Have you **ever** called yourself a "nonresident" on a Federal, state or local tax return?  ☐ Yes  ☒ No

14.  Have you **ever** failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☒ No

| Part 10. Additional Questions. (Continued) | Write your USCIS "A"- number here: |
|---|---|
| | A    24-213-888 |

### D. Good Moral Character.

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15. Have you **ever** committed a crime or offense for which you were **not** arrested?    ☐ Yes  ☒ No

16. Have you **ever** been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason?    ☒ Yes  ☐ No

17. Have you **ever** been charged with committing any crime or offense?    ☒ Yes  ☐ No

18. Have you **ever** been convicted of a crime or offense?    ☒ Yes  ☐ No

19. Have you **ever** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?    ☒ Yes  ☐ No

20. Have you **ever** received a suspended sentence, been placed on probation or been paroled?    ☒ Yes  ☐ No

21. Have you **ever** been in jail or prison?    ☒ Yes  ☐ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table. If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? *(mm/dd/yyyy)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| **See attached addendum.** | | | |
| | | | |
| | | | |

Answer Questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22. Have you **ever**:

    a. Been a habitual drunkard?    ☐ Yes  ☒ No

    b. Been a prostitute, or procured anyone for prostitution?    ☐ Yes  ☒ No

    c. Sold or smuggled controlled substances, illegal drugs or narcotics?    ☐ Yes  ☒ No

    d. Been married to more than one person at the same time?    ☐ Yes  ☒ No

    e. Helped anyone enter or try to enter the United States illegally?    ☐ Yes  ☒ No

    f. Gambled illegally or received income from illegal gambling?    ☐ Yes  ☒ No

    g. Failed to support your dependents or to pay alimony?    ☐ Yes  ☒ No

23. Have you **ever** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal?    ☐ Yes  ☒ No

24. Have you **ever** lied to any U.S. government official to gain entry or admission into the United States?    ☐ Yes  ☒ No

**Part 10. Additional Questions. (Continued.)**

Write your USCIS "A"- number here:
A    24-213-888

### E.    Removal, Exclusion and Deportation Proceedings.

25.  Are removal, exclusion, rescission or deportation proceedings pending against you?   ☐ Yes  ☒ No

26.  Have you **ever** been removed, excluded or deported from the United States?   ☐ Yes  ☒ No

27.  Have you **ever** been ordered to be removed, excluded or deported from the United States?   ☐ Yes  ☒ No

28.  Have you **ever** applied for any kind of relief from removal, exclusion or deportation?   ☒ Yes  ☐ No

### F. Military Service.

29.  Have you **ever** served in the U.S. Armed Forces?   ☐ Yes  ☒ No

30.  Have you **ever** left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes  ☒ No

31.  Have you **ever** applied for any kind of exemption from military service in the U.S. Armed Forces?   ☐ Yes  ☒ No

32.  Have you **ever** deserted from the U.S. Armed Forces?   ☐ Yes  ☒ No

### G. Selective Service Registration.

33.  Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?   ☒ Yes  ☐ No

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy) [            ]    Selective Service Number [            ]

If you answered "YES," but you did not register with the Selective Service and are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements. *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34.  Do you support the Constitution and form of government of the United States?   ☒ Yes  ☐ No

35.  Do you understand the full Oath of Allegiance to the United States?   ☒ Yes  ☐ No

36.  Are you willing to take the full Oath of Allegiance to the United States?   ☒ Yes  ☐ No

37.  If the law requires it, are you willing to bear arms on behalf of the United States?   ☒ Yes  ☐ No

38.  If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?   ☒ Yes  ☐ No

39.  If the law requires it, are you willing to perform work of national importance under civilian direction?   ☒ Yes  ☐ No

**Part 11. Your Signature.**

Write your USCIS "A"- number here:

A  24-213-888

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

Your Signature

Date (mm/dd/yyyy)

**Part 12. Signature of Person Who Prepared This Application for You. (If Applicable)**

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

**LYNN HALCOMB**

Preparer's Signaure

| Date (mm/dd/yyyy) | Preparer's Firm or Organization Name (If applicable) | Preparer's Daytime Phone Number |
|---|---|---|
| 3-29-06 | VAN DER HOUT, BRIGAGLIANO & NIGHTINGALE, LLP | (415) 981-3000 |

| Preparer's Address - Street Number and Name | City | State | Zip Code |
|---|---|---|---|
| 180 SUTTER STREET, FIFTH FLOOR | SAN FRANCISCO | CA | 94104 |

**NOTE:  Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

**Part 13. Signature at Interview.**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp          Date (mm/dd/yyyy)

Complete Signature of Applicant          Officer's Signature

**Part 14. Oath of Allegiance.**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

**CARLOS I VARGAS**

Complete Signature of Applicant

Addendum

VARGAS, CARLOS IVAN, Form: N-400, A# 24-213-888  (Page 1)

Part 8F: Additional Prior Spouses:

Family Name Pineda; Given Name: Christina; Date Married: 01/12/2002; Date Ended: 06/05/2003;
Family Name Lawler; Given Name: Julie; Date Married: 05/04/1990; Date Ended: 04/17/1996;


Part 10 E 28:
I was placed in deportation proceedings on April 19, 1995.  The Board of Immigration Appeals terminated proceedings against me on March 23, 1998 because my conviction was vacated.

Part 10 G 33:
I was unaware of the requirement to register for Selective Service.

ADDENDUM TO N-400

**VARGAS, Carlos Ivan**
**A24-213-888**

Part 10D, 16-21:

1) 3-21-86:  I was arrested in San Francisco, California for a violation of HS11350.  I received diversion and all charges were dismissed.

2) 7-30-80:  I was arrested in Redwood City, California for a violation of PC242. I received diversion and all charges were dismissed.

3) 4-17-90:  I was arrested in San Francisco, California and charged with violation of 21 USC 841(a)(1).  On 4-26-91, I was sentenced to 57 months in prison.  On 11-30-98, this conviction was vacated as legally invalid; I was recharged and convicted of a violation of 21 USC 844(a) (simple possession) and I was sentenced to probation (36 months).

4) In April 1998, I was arrested in San Francisco for a violation of PC32.  All charges were dismissed on August 3, 1998.

UNITED STATES DEPARTMENT OF JUS...

Immigration and Naturalization Ser...

## MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

E-desk 2/25/80

Place: SFR

File No. R 24 213 888 E-11

Status as a lawful permanent resident of the United States is accorded:

| Name / Street Address / City, State, Zip | SEX | DATE OF BIRTH |
|---|---|---|
| VARGAS-RUIZ, CARLOS IVAN<br>c/o Vargas, Luz<br>26 BENNINGTON STREET<br>SAN FRANCISCO, CALIFORNIA 94110 | Male | 01-10-66 |

PLACE OF BIRTH: Nicaragua

NATIONALITY: Nicaragua

COUNTRY TO WHICH CHARGEABLE (If any): Nicaragua

PREFERENCE (If any): 2nd

PRIORITY DATE: 2-25-78

REMARKS: 203(a)(2)

NONPREFERENCE: ☐ Section 212(a)(14) certification not required because:

☐ Individual section 212(a)(14) certification issued  ☐ Blanket section 212(a)(14) certification issued under the following provision of law:

☐ Sec 203(h) of the I & N Act  ☐ Sec 249 of the I & N Act  ☐ Sec 214(d) I & N Act
☐ Sec 244( )( ) of the I & N Act  ☐ Sec 1 of the Act of 11/2/66  ☐ Private Law no. _____ of the _____ Congress _____ session
☒ Sec 245 of the I & N Act  ☐ Sec 13 of the Act of 9/11/57  ☐ _____ (Other law Specify)

As of:  JUN 18 1980  at SFR

(Month) (Day) (Year)  PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission (Insert symbol): P2-8

DATE OF ACTION: JUN 18 1980

U.S. APPROVED INS

RECOMMENDED BY: (Immigration Officer) (Date): Philip L. Waters  JUN 18 1980

DD: David N. Olehert

SAN FRANCISCO, CA

DISTRICT: ...

### FOR USE BY VISA CONTROL OFFICE

Date: MAR 7 1980

Foreign State: Nicaragua

Preference Category: Second  STAT

Number: 302  MARCH

Month of Issuance: _____

Signed: _____ (Visa Office, Dept. of State)

☐ Form 1-357 delivered  ☐ Form 1-151  Serial No. _____
  ☐ mailed  ☐ delivered

CC: ☐ Visa Control Office, Visa Office, Department of State, Washington, D.C. 20520 for allocation of immigrant visa number.

Form 1 - 181 (Rev. 4-1-77)Y  (Page 1)

**PERSONAL MONEY ORDER**
GOOD FOR MORE THAN ONE THOUSAND DOLL
0101000480

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
48396   093

Seventy and 00/100ths Dollars                    March 15, 2006

PAY TO THE
ORDER OF:   USCIS                               $ * * * * * * * * * 70.00

REMITTER'S
ADDRESS:   340 Midvale Ave.
           San Mateo Ct 94403

REMITTER'S SIGNATURE
Overlay ID 00260-T3 (06/14/2004)

FORM 00255-T3 (08/25/2003)

⑈0101000480⑈ ⑆121000497⑆ 0576000004⑈

Vargas, Carlos
A24-213-888

---

**PERSONAL MONEY ORDER**
NOT GOOD FOR MORE THAN ONE THOUSAND DOLLARS
0101000479

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CALIFORNIA
800-238-4486
48396   093

Three Hundred Thirty and 00/100ths Dollars     March 15, 2006

PAY TO THE
ORDER OF:   USCIS                               $ * * * * * * * * 330.00

REMITTER'S
ADDRESS:   340 Midvale Ave
           San Mateo Ct 94403

REMITTER'S SIGNATURE
Overlay ID 00260-T3 (06/14/2004)

FORM 00255-T3 (08/25/2003)

⑈0101000479⑈ ⑆121000497⑆ 0576000004⑈

Vargas, Carlos
A24-213-888

## THE UNITED STATES OF AMERICA

| Receipt with Exception | NOTICE DATE September 08, 2006 |
| --- | --- |

| CASE TYPE N400    Application For Naturalization | | USCIS A# A 024 213 888 |
| --- | --- | --- |

| APPLICATION NUMBER WSC*001580057 | RECEIVED DATE August 30, 2006 | PRIORITY DATE August 30, 2006 | PAGE 1 of 1 |
| --- | --- | --- | --- |

APPLICANT NAME AND MAILING ADDRESS

CARLOS IVAN VARGAS
c/o ZACHARY NIGHTINGALE
VAN DER HOUT& BRIGAGLIANO
180 SUTTER ST FIFTH FL
SAN FRANCISCO CA  94104

PAYMENT INFORMATION:

| Single Application Fee: | $400.00 |
| --- | --- |
| Total Amount Received: | $400.00 |
| Total Balance Due: | $0.00 |

Ihluliuluilllilulul

The above application has been received by our office and is in process,  but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview.  You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview.  Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:            January 10, 1966
Address Where You Live:   340 MIDVALE AVE
                          SAN MATEO CA 94403

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office.  You should expect to be notified within   460  days of this notice.

IMPORTANT NOTICE:        All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at a USCIS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check.  If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted.  Do not have your fingerprints taken anywhere else.  You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you.  Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

USCIS Office Address:
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

USCIS Customer Service Number:
(800) 375-5283

REPRESENTATIVE COPY

WSC$001690282

Form I-797C (Rev. 01/31/05) N

EXHIBIT B

*THE UNITED STATES OF AMERICA*

*OK to proceed.* ~~~

| Fingerprint Notification | | NOTICE DATE September 12, 2006 |
|---|---|---|
| CASE TYPE N400    Application For Naturalization | | USCIS A# A 024 213 888 |
| APPLICATION NUMBER WSC*001580057 | RECEIVED DATE August 30, 2006 | PRIORITY DATE August 30, 2006 |

| PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

CARLOS IVAN VARGAS
c/o ZACHARY NIGHTINGALE
VAN DER HOUT& BRIGAGLIANO
180 SUTTER ST FIFTH FL
SAN FRANCISCO CA 94104

SEP 2 1 2006

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS SAN FRANCISCO 250 BROADWAY STREET SAN FRANCISCO CA 94111 | 09/21/2006 01:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

If you have any questions regarding this notice, please call 1-800-375-5283.    REPRESENTATIVE COPY

APPLICATION NUMBER
WSC*001580057

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

EXHIBIT C

Department of Homeland Security
U.S. Citizenship and Immigration Services

N-652, Naturalization Interview Results

A#: 024 203 525

On ___MAR 15 2007___, you were interviewed by USCIS officer _____ Ronald Ennis

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☑ Please follow the intructions on Form (N-14)

☑ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

EXHIBIT D

U.S. &rtment of Homeland Security
630 Sansome Street, Citizenship Branch
San Francisco CA 94111



**U.S. Citizenship
and Immigration
Services**

CARLOS IVAN VARGAS, SR.                  File No: A24 213 888/CB

Officer: RE

Date: March 15, 2007

cc:

Examination of your application (N400) shows that additional information, documents
or forms

are needed before your application can be acted upon.  Please *RETURN THIS LETTER
WITH*

*REQUESTED INFORMATION and/or DOCUMENTATION by MAIL not later than:
April 14, 2007.*

---

# *Failure to do so may result in the denial of your
application.*

☒ A court certified complaint, disposition, sentence, and proof of fulfillment of sentence (i.e.
completion of probation, completion of community service, completion of term of
imprisonment) for <u>any and all your arrests</u> even if expunged. If no CURRENT record is
available, submit a certified letter from the court stating there is no record. No photocopy.
You may provide evidence of good moral character.  If you have questions regarding what is
good moral character, then you may refer to the "Guide to Naturalization" at www.uscis.gov
or seek the advice of an immigration assistance organization.  See INA §101(f); 8 C.F.R.
§316.10. Specifically...March 21, 1986 arrest in San Francisco, CA.

☐ A Police clearance from all cities you have resided since                 to present.
(Documentation must be original and/or certified by the police)

☐ Proof of child support  (e.g. copy of canceled checks, DA letter, notarized letter from child's
other parent) for your children:

☐ Two copies of the birth and baptismal certificates for all children (with translations, if
applicable).

☐ Marriage certificate from all marriages <u>and/or</u> petition *and* final divorce decree from former
spouse(s) (with translations, if applicable).

☐ Copy of rent agreement, deed, insurance binder, utility bills, bank/credit statements for the
last 6 months, or other specified evidence of marital union/residence: _____

U.S. ᵻᵃrtment of Homeland Security
630 Sansome Street, Citizenship Branch
San Francisco CA 94111

☐ Copy of first two pages of income tax returns (forms 1040 & 540) <u>and</u> W-2's for you and
your spouse for tax year(s) _____.

☐ A more detailed Form N-648 or letter from your medical doctor/psychiatrist to support your
disability exception claim.

☐ List of all trips from ___ to ___ <u>AND</u> copies of <u>all</u> pages of your passports and/or travel
documents.

☒ Proof of registration with the Selective Service or affidavit in regards to why you did not
register for the Selective Service.   Call 1-888-655-1825 or via Internet:   <u>WWW.sss.gov</u> under
**Request a *Status Information Letter*** .

☐ Copy of the front *and* back of your Alien Registration Card.

☒ Other:  Evidence of filing Police Report for stolen passport.

*Please notify this office of any address changes before the final decision in your case.*

EXHIBIT E

# Van Der Hout, Brigagliano & Nightingale, LLP

Marc Van Der Hout
Christine Brigagliano
Zachary Nightingale
Ilyce Shugall *
Stacy Tolchin
Courtney McDermed **
Stacey L. Gartland
Avantika Shastri
Beth Feinberg

*Admitted in Illinois
**Admitted in Arizona

180 Sutter Street, Fifth Floor
San Francisco, CA 94104-4029
(415) 981 3000    Telephone
(415) 981 3003    Facsimile

Palo Alto Office
(650) 688 6020    Telephone

<u>VIA OVERNIGHT MAIL</u>

April 4, 2007

Citizenship & Immigration Service
Citizenship Branch
630 Sansome Street
San Francisco, CA  94111
Attn:  Officer Ronald Ennis

Re:    **Response to Request for Additional Documentation**
       **VARGAS, Carlos Ivan**
       **A24-213-888**

Dear Officer Ennis:

The above-referenced individual appeared before you for his N-400 interview on March 14, 2007.  At that time, Mr. Vargas was asked to provide documentation regarding his 1986 arrest in San Francisco and his attempt to register for the Selective Service System.

Attached please find the following:

1.     Certified letter from the San Francisco Superior Court indicating that there are no records available before 1997.

2.     Letter from Scott V. Campbell, Associate Director, Selective Service System, dated March 12, 2007.

3.     Declaration of Carlos Ivan Vargas re lack of registration for Selective Service.

In addition, we are enclosing here, on Mr. Vargas's behalf, more letters evidencing his good moral character and his importance to his family and his community.  <u>See exhibits and exhibit list attached.</u>

Citizenship & Immigration Service
April 4, 2007
Page 2

     Thank you for your attention to this matter.  If you have any questions, please do not hesitate to call.


Sincerely,


Zachary Nightingale


ZN:lh
Enclosures
Cc:    Carlos Vargas

U.S. Department of Homeland Security
630 Sansome Street, Citizenship Branch
San Francisco CA 94111



**U.S. Citizenship
and Immigration
Services**

CARLOS IVAN VARGAS, SR.

File No: A24 213 888/CB

Officer: RE

Date: March 15, 2007

cc:

Examination of your application (N400) shows that additional information, documents or forms

are needed before your application can be acted upon.  Please *RETURN THIS LETTER WITH*

*REQUESTED INFORMATION and/or DOCUMENTATION by MAIL not later than: April 14, 2007.*

---

*Failure to do so may result in the denial of your application.*

☒ A court certified complaint, disposition, sentence, and proof of fulfillment of sentence (i.e. completion of probation, completion of community service, completion of term of imprisonment) for any and all your arrests even if expunged. If no CURRENT record is available, submit a certified letter from the court stating there is no record. No photocopy. You may provide evidence of good moral character.  If you have questions regarding what is good moral character, then you may refer to the "Guide to Naturalization" at www.uscis.gov or seek the advice of an immigration assistance organization.  See INA §101(f); 8 C.F.R. §316.10.  Specifically...March 21, 1986 arrest in San Francisco, CA.

☐ A Police clearance from all cities you have resided since                    to present. (Documentation must be original and/or certified by the police)

☐ Proof of child support  (e.g. copy of canceled checks, DA letter, notarized letter from child's other parent) for your children:

☐ Two copies of the birth and baptismal certificates for all children (with translations, if applicable).

☐ Marriage certificate from all marriages and/or petition and final divorce decree from former spouse(s) (with translations, if applicable).

☐ Copy of rent agreement, deed, insurance binder, utility bills, bank/credit statements for the last 6 months, or other specified evidence of marital union/residence: _____

Form N-14 (Rev. 03/24/06) N                                                    www.dhs.gov

U.S. Department of Homeland Security
630 Sansome Street, Citizenship Branch
San Francisco CA 94111

☐ Copy of first two pages of income tax returns (forms 1040 & 540) <u>and</u> W-2's for you and your spouse for tax year(s) _____.

☐ A more detailed Form N-648 or letter from your medical doctor/psychiatrist to support your disability exception claim.

☐ List of all trips from ___ to ___ <u>AND</u> copies of <u>all</u> pages of your passports and/or travel documents.

☒ Proof of registration with the Selective Service or affidavit in regards to why you did not register for the Selective Service. Call 1-888-655-1825 or via Internet: <u>WWW.sss.gov</u> under **Request a *Status Information Letter* .**

☐ Copy of the front *and* back of your Alien Registration Card.

☒ Other: Evidence of filing Police Report for stolen passport.

*Please notify this office of any address changes before the final decision in your case.*

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO

### Criminal Division, 850 Bryant St., Room 101, San Francisco, CA, 553-9395

**We are in receipt of your request for records. In order to expedite your request, we need the following information:**

1. Arrest Name: CARLOS IVAN VARGAS
2. Date of Arrest:
3. Violation(s):
4. Court Number: 00890306
5. Date of Birth:
6. Alias(es) Used if Any:

**We are unable to process you request for the reason(s) checked below:**

- [ ] We are unable to locate the file from the information you have provided.
- [x] Based on the information you have provided, there are no records available.
- [ ] This case is still pending. There has been no conviction to date. The next court date is scheduled for      . You may re-submit your request after this date.
- [ ] This case is still pending. There has been no conviction. A bench warrant issued on
- [ ] Your request is being returned to you because the matter is not in our jurisdiction. Our judicial district number is 38460.
- [ ] This case has been transferred to the felony trial branch of the Superior Court, Room #306, 850 Bryant Street, San Francisco, CA 94103.
- [ ] Name and case number do not match. Please verify your information and re-submit your request.
- [ ] You have failed to enclose a check to cover the cost of $      . Please make your check payable to: CLERK OF THE SUPERIOR COURT in the amount of $      .
- [ ] Please remember to enclose a self-addressed stamped envelope with your request.
- [ ] Your request cannot be completed until we receive      .
- [x] Other: SEE ATTACHED NOTICE.

by: _K. Jenson_

DEPUTY CLERK

**Some or all of this information will be included in the local record of your criminal history. It can be obtained in the ID Bureau, SFPD, Room 475, Hall of Justice.**



# The Superior Court of California
## County of San Francisco
### (415) 553-9395

GORDON PARK-LI
**Chief Executive Officer**

Criminal Division
850 Bryant Street, Room 101
San Francisco, CA 94103

# NOTICE TO THE PUBLIC
# DISPOSITION OF CRIMINAL HISTORY

The minimum retention period for records in any misdemeanor criminal case filed in the Superior Court is controlled by Section 68152 of the Government Code, which states that the minimum retention period for records in any misdemeanor Superior Court action shall be 10 (ten) years from the determination of the proceedings or of the forfeiture of bail in cases in which no other proceedings are had during a like period following such forfeiture.

Therefore, the records of criminal cases which have had either prior to January 1, 1997 have been ordered destroyed.

In no event does the court have records for any criminal action prior to January 1, 1997.



SELECTIVE SERVICE SYSTEM
P.O. BOX 94638
PALATINE, IL 60094-4638

# SELECTIVE SERVICE SYSTEM

*http://www.sss.gov*

SIL                    70312-000227                    March 12, 2007

CARLOS IVAN VARGAS
340 MIDVILLE AVE
SAN MATEO, CA 94403

Dear Mr. VARGAS,

   We have received your inquiry regarding your Selective Service registration status.  You are not registered.  Our records indicate that we sent one or more pieces of correspondence informing you of the requirement to register, which were not returned as undeliverable.  You cannot register after attaining age 26.

   Section 12(g) of the Military Selective Service Act (50 App. U.S.C. 462(g) reads as follows:

        "(g)  A person may not be denied a right, privilege,
        or benefit under Federal law by reason of failure to
        present himself for and submit to registration under
        section 3 (of the Military Selective Service Act) if-
            (1)  the requirement for the person to so register has
            terminated or become inapplicable to the person; and
            (2)  the person shows by a preponderance of the
            evidence that the failure to register was not a
            knowing and willful failure to register."

   The purpose of this provision is to clarify that a non-registrant is not to be denied any Federal benefit if he can demonstrate that his failure to register was not knowing or willful.

   Any explanation to justify your failure to register must be made to the agency administering the right, benefit, or privilege you seek for which Selective Service System registration is required.  Therefore, you should submit this letter to them for consideration along with a copy of any documentation you believe may be helpful to your case.  The final decision regarding your eligibility is within the authority of that agency.

                                    Sincerely,

                                    *Scott V. Campbell*

                                    Scott V. Campbell
                                    Associate Director

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
DMC/CG
RL:CXDA V R 07/00

## DECLARATION OF CARLOS IVAN VARGAS

I, Carlos Ivan Vargas, hereby declare:

    1.    I currently reside at 340 Midvale Avenue, San Mateo, California 94403.

    2.    I became a lawful permanent resident of the United States in 1976 when I was ten years old.  During my youth, I lived with my mother, brother, and sister, and we had several different addresses.  I never received any information notifying me that I was required to register with the Selective Service System, and I did not know of that requirement.  Had I known I was required to register, I would have done so.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this __3rd__ day of April, 2007, at _San Mateo_, California.

_____
Declarant

**DOCUMENTS IN REPONSE TO REQUEST FOR ADDITIONAL DOCUMENTATION**

**VARGAS, Carlos Ivan**
**A24-213-888**

A.    Letter from Carina Vargas, Mr. Vargas's U.S. citizen wife, dated March 19, 2007.

"[Carlos] and I opened a stereo shop in the past five months. I can honestly state that without his guidance I would have never considered opening my own business...he helped by co-signing a five year lease...we will be able to help our community by brining in revenue for South San Francisco...I cannot imagine my life without my husband and our kids."

B.    State Board of Equalization Seller's Permit for Sound Dimensions, Inc., Mr. Vargas's business co-owned with his wife.

C.    Letter from Michael Rubenstein, attorney for and personal friend of Mr. Vargas, dated March 28, 2007.

"I met Carlos in about 2000 or 2001 through his brother Erick Vargas. I had previously represented Erick for many years...estate planning needs...transactions relating to Attorneys Printing Service...Erick had been diagnosed with cancer and it was his wish that Carlos be groomed as his successor...After Erick passed away in 2001, Carlos responded to his brother's wishes and assumed important roles, both in the family and in the business...it was his wisdom that preserved the assets for Erick's family...Erick's partner hired Carlos to take over Erick's duties with the company...Carlos enrolled in school and took the classes he needed...[his] efforts almost single-handedly kept the company afloat and allowed it to reduce its debts...I have known Carlos as a loving husband, dedicated father, loyal friend and caring boss. Not only does his immediate family depend on him for their security, but the 40 employees of Attorneys Printing Supply also look to him to keep the business operating and their jobs secure."

D.    Letter from Rodney Jew, President, CDS Strategy Consulting.

"I'm the President of an international litigation-strategy consulting company...It was through my professional, fifteen-year relationship with APS International I first met Carlos...I've watched Carlos handle a lot of life challenges from dealing with his brother Erick's terminal illness to successfully running APS (with over 40 employees) and eventually becoming its President...Without his drive, personal dedication to APS and willingness to apply new business concepts, I'm not sure PS would have survived and prospered over the last five years."

E.    Letter from Ruben Martin, Mr. Vargas's U.S. citizen friend, dated March 19, 2007.

"I have known Carlos Varga over 20 years...I witnessed the tremendous turn around Carlos was doing with his life with going to local middle schools and speaking to youths

about gang violence and drugs...I recall Carlos working with a kid named Andrew who was definitely headed for prison...Carlos became a role model for this kid...I saw this kids walk on stage to receive his diploma...Carlos...began getting more and more involved with our neighborhood youths preaching the life of crime was not the solution...I witnessed a lot of kids making remarkable turn around with their lives...Carlos is a loving husband, father, son and loyal friend...He is unselfish and wants the best education he can provide for all is children...Carlos also operates a successful business and employs over 40 employees...He believes in giving people second chances and gives people the opportunity of employment

F.    Letter from William Weiner, Mr. Vargas's U.S. citizen friend, dated April 2, 2007.

"...it has been my great pleasure to know Carlos Vargas and his family...I have also known Carlos Vargas as an employee of APS International...Erick Vargas died of cancer in 2002...business was slow or non-existent...[Carlos Vargas] pulled [the company] through the hard time.  He was given the lead (made CEO/President) and given reign to lead the company and save it and the jobs of all the employees...He has been a skillful leader and arduous worker...America needs people like Carlos Vargas and he will make an exemplary United States citizen."

G.    Facsimile from San Francisco Deputy Sheriff's Association, Inc., dated March 30, 2007, thanking Mr. Vargas for his pledge of a donation to the "Shop with a Deputy Sheriff 2nd Annual Back to School Event" in support of disadvantaged children.

H.    Copy of e-mail from Cecilia Cuadra Freund, freelance writer for La Prensa, a Nicaraguan newspaper, dated March 28, 2007, requesting an interview for a story featuring Mr. Vargas, his company and the scholarship he established in his brother's name.

I.    Letter from Linda K. Walsh, wife of Mr. Vargas's business partner, dated March 25, 2007.

"I...have known Carlos since he was 17 years old...I know Carlos to be a resourceful businessman and a wonderful family man.  Since the tragic death of his brother, he has assumed the role of head of his very large family...Not only do his three children and wife depend upon him for support and guidance but his mother, sister, nephews and nieces rely upon him heavily...Without his participation in this company, its continuance is in question...a great many people depend upon Carlos's energy, talent and integrity."

J.    Letter from Arturo Bautista, Alameda County Chapter President, National Latino Peace Officers' Association, dated March 17, 2007.

"I have known Carlos Vargas for several years...I am a frequent guest at his home...I have also become aware of his evolvement to better society, specifically the Latino community...[he] offered to assist my association's youth scholarship program...to speak to Latino 'at risk' students regarding drug and gang prevention...We have engaged in 'heart to heart' conversations regarding his past regrets and future hopes.  Because Carlos

has acknowledged his shortcomings, has sought out ways to make recompense…I believe he will never again become involved in criminal behavior."

K.    Letter from Edwin F. Somarriba, Mr. Vargas's uncle.

"My sister Lucy, Carlos, his older brother, Eric and his younger sister Neddy came to live with my…family in San Francisco when the earthquake in Nicaragua displaced his family…When Carlos and his family left, his father had to stay…Four years after…I joined the U.S. Marin Corps…for the second time he was left without a positive male role model…Carlos is a very helpful and giving person…I cannot see Carlos being involved in any type of criminal activity because of what he has accomplished and the important role he plays in his children's life…I believe the hard times Carlos went through while growing up has made him a very loving and protective father."

L.    Letter from Matthew A. Somarriba, Mr. Vargas's nephew.

"…I am nineteen years old…[Carlos]has been a role model…throughout my life and has shown me nothing but love…Before my uncle Erik passed he would take me on drives and we would have…conversations.  Losing my other uncle was very hard.  My uncle Carlos took the role of my uncle Erik…We have shared many valuable and impacting talks that have stuck with me from pre-teens until now."

M.    Letter from Eddie Somarriba, Mr. Vargas's nephew.

"…My uncle Carlos is a good man…I can always call him.  When I was sick he would come to my house just to see me…it's the love he has for my family.  Uncle Carlos would help me and my brother with whatever it was…I love the way he makes me laugh when I cry."

March 19, 2007

This letter is in addition to my first character letter regarding Carlos Vargas, my husband. He and I opened a stereo shop in the past five months. I can honestly state that without his guidance I would have never considered opening my own business. He constantly shows me how to approach sales and provide outstanding customer service. I plan on hiring three to five employees by this summer due to the positive response we are receiving from our customers.

Since my credit was not as good as my husband, he helped by co-signing a five year lease with a five year option. I feel that we will be able to help our community by bringing in revenue for South San Francisco. We are currently paying our quarterly taxes and I must say it feels great to be able to help our Country in some form or another.

Attached, please find my sales permit obtained 10/03/2006. Again, without my husband, I would have not taken the necessary steps towards opening a business. Our goal will be to give back to society as it supports our well being. I cannot imagine my life without my husband and our kids. I am proud to say Carlos Vargas is my husband, role model, and father figure to our kids.

Sincerely,

Carina Vargas

ACCOUNT NUMBER

| 10/3/2006 SR BH 100-819848

SOUND DIMENSIONS, INC.
52 S LINDEN AVE # 2
SOUTH SAN FRANCISCO, CA 94080-641

*NOTICE TO PERMITTEE:*
*You are required to obey all Federal and State laws that regulate or control your business. This permit does not allow you to do otherwise.*

IS HEREBY AUTHORIZED PURSUANT TO SALES AND USE TAX LAW TO ENGAGE IN THE
BUSINESS OF SELLING TANGIBLE PERSONAL PROPERTY AT THE ABOVE LOCATION.
THIS PERMIT IS VALID ONLY AT THE ABOVE ADDRESS.

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED AND IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS
OR DROP OUT OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES          *Not valid at any other address*
OWED BY THE NEW OPERATOR OF THE BUSINESS.

**For general tax questions, please call our Information Center at 800-400-7115.**
**For information on your rights, contact the Taxpayers' Rights Advocate Office at 888-324-2798 or 916-324-2798.**

BOE-442-R REV. 15 (2-06)

## A MESSAGE TO OUR NEW PERMIT HOLDER

**As a seller, you have rights and responsibilities under the Sales and Use Tax Law. In order to assist you in your endeavor and to better understand the law, we offer the following sources of help:**

- Visiting our website at *www.boe.ca.gov*
- Visiting a district office
- Attending a Basic Sales and Use Tax Law class offered at one of our district offices
- Sending your questions in writing to any one of our offices
- Calling our toll-free Information Center at 800-400-7115

**As a seller, you have the right to issue resale certificates for merchandise that you intend to resell. Conversely, you have the responsibility of not misusing resale certificates. While the sales tax is imposed upon the retailer,**

- You have the right to seek reimbursement of the tax from your customer
- You are responsible for filing and paying your sales and use tax returns timely
- You have the right to be treated in a fair and equitable manner by the employees of the Board
- You are responsible for following the regulations set forth by the Board

As a seller, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books and records for no less than four years, and make them available for inspection by a Board representative when requested. You are also expected to notify us if you are buying, selling, adding a location, or discontinuing your business, adding or dropping a partner, officer, or member, or when you are moving any or all of your business locations. If it becomes necessary to surrender this permit, you should only do so by mailing it to a Board office, or giving it to a Board representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with the Board, please contact the Taxpayers' Rights Advocate Office for help by calling toll-free, 888-324-2798 or 916-324-2798. Their fax number is 916-323-3319.

**Please post this permit at the address for which it was issued and at a location visible to your customers.**

STATE BOARD OF EQUALIZATION

Sales and Use Tax Department

EMAIL:
mrubenstein@mrubensteinlaw.com

LAW OFFICES
MICHAEL RUBENSTEIN
150 SPEAR STREET
SUITE 1800
SAN FRANCISCO, CA 94105

415·433·6100

FACSIMILE:
415·956·1144

March 28, 2007

To Whom It May Concern:

My name is Michael Rubenstein. I am a citizen of the United States, and I am licensed to practice law before the courts of California and the United States. I am pleased to write this letter in support of the application by Carlos Vargas to become a citizen of the United States.

I first met Carlos in about 2000 or 2001 through his brother Erick Vargas. I had previously represented Erick for many years, both for his estate planning needs and with respect to certain transactions relating to Attorneys Printing Supply, a well-established company in San Francisco, in which Erick was one of the two principals. At the time Carlos and I met, Erick had been diagnosed with cancer and it was his wish that Carlos be groomed as his successor in the business and as the "man of the family" in the event that Erick's recovery did not proceed as hoped.

After Erick passed away in 2001, Carlos responded to his brother's wishes and assumed important roles, both in the family and in the business. Carlos was appointed as one of the Trustees of his brother's Trust and, notwithstanding the temptations of the hot stock market, adopted a conservative approach designed to protect and preserve the assets for his brother's family. Carlos' wisdom became apparent in the succeeding years, when the stock market lost a large percentage of its value but the trust investments maintained their value. I participated with Carlos in the discussions with the investment advisors, and I can say, without reservation, that it was his wisdom that preserved the assets for Erick's family.

Following Erick's death, Erick's partner hired Carlos to take over Erick's duties with the company, and Carlos immediately tackled his responsibilities with vigor and dedication. Recognizing that his business skills needed improving, Carlos enrolled in school and took the classes he needed to bring his skills up to speed.

In the process of administering Erick's estate, we hired a business appraiser to value the business interest that Erick owned in Attorneys Printing Supply. The appraiser concluded that the business was in serious financial condition, in debt and essentially without positive value. He recommended that the business be closed and that the assets be sold off. Carlos was unwilling to accept this judgment and agreed to stay on with the company to try to save it. In the years since then, I watched Carlos take over his brother's duties, become an efficient and effective manager of the business, and most importantly, become a skillful and successful salesman whose efforts have almost single handedly kept the company afloat and allowed it to reduce its debts.

March 28, 2007
Page 2

In the years since we met, Carlos and I have become friends, and he seeks my advice frequently with regard to his roles both in the business and in the family. I have known Carlos as a loving husband, dedicated father, loyal friend and caring boss. Not only does his immediate family depend on him for their security, but the 40 employees of Attorneys Printing Supply also look to him to keep the business operating and their jobs secure.

Based on our long relationship, and my observations of how Carlos assumed and fulfilled difficult responsibilities under very trying conditions, I strongly recommend that Carlos be admitted to citizenship of the United States. He has shown the sort of dedication, perseverance, loyalty and wisdom that have helped to make this country great.

Please feel free to contact me if you have any questions.

Very truly yours,

Michael Rubenstein

MR/sc
EP/VARC-citizenship.LTR032707

**CDS Strategy Consulting**
595 Coombs Street, Napa, CA 94559 707.252.3900

U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

Re:    Carlos Vargas

Dear Naturalization Officer:

My name is Rodney Jew and I'm a United States Citizen. I was born in San Francisco, CA and until recently, I spent the last 50 years of my life in Palo Alto, CA.

I'm the President of an international litigation-strategy consulting company. I've been in business for over 18 years. My clients include many Fortune 50 companies and some of the largest law firms in the world. I currently manage over $900 million of litigation matters around the world.

It was through my professional, fifteen-year relationship with APS International I first met Carlos. I've known and worked with Carlos on an ongoing basis for over ten years. Over the last decade, I've watched Carlos handle a lot of life challenges from dealing with his brother Erick's terminal illness to successfully running APS (with over 40 employees) and eventually becoming its President.

During this time, I've advised and mentored Carlos on many professional and personal matters. He has always been eager to study new concepts and apply what he's learned to many aspects of his life.

Without his drive, personal dedication to APS and willingness to apply new business concepts, I'm not sure APS would have survived and prospered over the last five years.

During this time, my relationship with Carlos has evolved from professional to personal. Despite his busy professional schedule, I have watched Carlos become a role model for his wife, his kids and his friends. His commitment to his family and friends is both impressive and heart-warming.

He manages to balance taking care of his family while simultaneously helping out his circle of friends. His latest project involves taking over a friend's stereo business and converting into a very successful business enterprise.

It's impossible to describe a ten-year relationship in one letter. Despite my 75-hour work week, I'm willing to commit whatever time it takes to further explain why Carlos should become a U.S. citizen and how his relationship with others makes them better citizens.

Sincerely,

Rodney Jew
Rodney Jew
President, CDS Strategy Consulting

March 19, 2007

U.S. Citizenship and Immigration Service
630 Sansome Street
San Francisco, CA 94111

RE: Carlos Ivan Vargas
Dear Naturalization Officer,

My name is Ruben Martin and I am United States Citizen who has been working for The United States Postal Service over 20 years. I have known Carlos Vargas over 20 years during his younger years I was aware he lived a fast life and therefore was not close to him. Once he was released back to society we became a lot closer as I began to see a changed man.

Before long we became the best of friends. I witnessed the tremendous turn around Carlos was doing with his life with going to local middle schools and speaking to youths about gang violence and drugs. His story was very touching to a lot of people as they were listening to someone from experience. I recall Carlos working with a Kid named Andrew who was definitely headed for prison. Carlos became a role model for this kid and to my eyes, I saw this kid walk on stage to receive his diploma.

I was impressed on how Carlos never gave up on this young kid and he just began getting more and more involved with our neighborhood youths preaching the life of crime was not the solution, but staying in school and getting an education was the right way of living. I witnessed a lot of kids making remarkable turn around with their lives. Carlos has impacted my life as a home owner looking to make the best out my life and not forgetting where I came from and giving back to our community not only with words, but with actions. Every year I now participate with Real Alternatives Program in any way I can.

Before long, I introduced Carlos to my girlfriend's best friend, Carina. I saw how great they got a long and was honored to have been chosen as the best man in their wedding. I am also the God Father to Ivana Vargas, Carlos' youngest daughter. I believe strongly knowing Carlos for so many years allows me to give an accurate statement regarding my best friend.

Carlos is a loving husband, father, son, and loyal friend who are there for people at the time of need. He is unselfish and wants the best education he can provide for all his children. I have seen a person in Carlos that we need to have in our society. I ask that you please give Carlos a second chance and grant his citizenship.

Carlos also operates a successful business and employs over 40 employees. He believes in giving people second chances and gives people the opportunity of employment. Carlos and his wife also opened a stereo shop in South San Francisco and he is showing his wife how to successfully operate this business as well. I can keep going on and on, but I think I have said enough about a person who again, I believe should have the privilege of becoming a United States Citizen.

If I can be of further assistance, please call me at 650-922-6481.

Sincerely,

Ruben Martin
32159 Champlain St
Hayward, CA 94544

LAW OFFICES OF

William Weiner

22 Battery Street, Suite 1000
San Francisco, CA 94111-5524
Telephone (415) 543-5805
Facsimile (415) 274-8770

April 2, 2007

Re: **Mr. Carlos Vargas**

To Who It May Concern:

Since 1995 or so, it has been my great pleasure to know Carlos Vargas and his family. I have visited his home and played with his children. I also knew Carlos' brother, Erick Vargas, and went to Erick Vargas' wedding. I danced with the brothers' mother. It is a close and energetic family.

I have also known Carlos Vargas as an employee of APS International. When I first met the Vargas family, Erick Vargas was Chief Executive Officer of APS. At that time, Carlos Vargas was an employee who headed up the shipping department. Unfortunately, Erick Vargas died of cancer in 2002. The market had just bursted and business was slow or non-existent. It was a bad time for APS International. The company recognized Carlos' skills and loyalty, and reached for him to pull it through the hard time. He was given the lead (made CEO/President) and given reign to lead the company and save it and the jobs of all the employees.

He has remained steadfast in his commitment to the company and to America. He has been a skillful leader and arduous worker, and has managed to salvage APS and make it a successful company.

Carlos Vargas and I (and another friend) have made it a habit to meet for lunch every few months and have "catch-up sessions" during our time together. He has always demonstrated his commitment to securing the interests of APS and its employees.

In my opinion America needs people like Carlos Vargas, and he will make an exemplary United States' citizen.

If I can answer any questions that you may have, please do not hesitate to contact me at your convenience.

Very truly yours,

William Weiner

WW:db
Vargas.Recltr 4-2-07

03/30/2007  12:28     4153551492          SHOP W/ DEP SHERIFF              PAGE  01



# SAN FRANCISCO DEPUTY SHERIFFS' ASSOCIATION, INC.
444 6th Street  San Francisco, CA 94103  Phone (415) 355-1490, Fax (415) 3551482

www.sfdsa.org

| PRESIDENT | VICE-PRESIDENT | SECRETARY | TREASURER | SERGEANT AT ARM |
|-----------|----------------|-----------|-----------|------------------|
| David Wong | Edward Ruppenstein | John Caremucci | Michael Zehner | Shedrick McDaniels |

## PLEASE VISIT OUR WEBSITE: WWW.SFDSA.ORG

# FAX INVOICE SHEET

**TO:  CARLOS VARGAS AT APS INT'**

**ATTN:**

**FAX NUMBER:  650-588-8986**

**PHONE NUMBER:**

**RE:  2ND ANNUAL SHOP BACK TO SCHOOL EVENT**

**FROM    SFDSA THANK-YOU! PICK UP CHECK TUE 4/3**

SEE DANNY FOR CK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## YOUR FAXED RECEIPT:
### *THANK YOU FOR YOUR GENEROUS SUPPORT*

**San Francisco Deputy Sheriffs' Association**
**444 6th Street**
**San Francisco, CA 94103**
**FED TAX I.D. # 94-2838370**

CARLOS VARGAS @ APS INT'L
120 2ND ST
SAN FRANCISCO, CA  94105

**CHECK OR MONEY ORDER**
**PLEASE DO NOT SEND CASH**
**DONATION AMOUNT      $600.00**
**PLEDGE DATE:      3/30/07**
Please return this stub in
the enclosed envelope

### TO INSURE PROPER CREDIT
PLEASE RETURN TOP COPY. RETAIN BOTTOM COPY FOR YOUR RECORDS



03/30/2007 12:28   4153551492   SHOP W/ DEP SHERIFF   PAGE 02



# SHOP WITH A DEPUTY SHERIFF ™



## 2ⁿᵈ Annual
## BACK TO SCHOOL EVENT

The San Francisco Deputy Sheriffs Association is proud to announce our 2ⁿᵈ Annual "Shop with a Deputy Sheriff"™ *Back to School Event*! This program will take place Friday August 3ʳᵈ 2007, 10am at our association building located at 444 6ᵗʰ St.

This year the San Francisco Deputy Sheriffs Associations mission is to provide 200 backpacks filled with the necessities required to start the school year. Your donation of a new backpack filled with educational tools will ensure that a low-income child will be ready for school. Success of this program will be due to sponsorships within the community businesses, corporations and generous citizens who will kindly assist financially.

The San Francisco Deputy Sheriffs Association is committed to this extraordinary program that will benefit children and their families. We must do all we can to support the less fortunate, especially the children in our community.

If you have any questions, please contact our association office at (415) 355-1490 Please visit our website at www.shopwithadeputysheriff.com

Sincerely,

*David D Wong*

David Wong, President

Federal Tax ID #94-2838370

*San Francisco Deputy Sheriffs Association does not share Donors list with Anyone*



## SAN FRANCISCO DEPUTY SHERIFFS' ASSOCIATION, INC.
444 6th Street, San Francisco, CA 94103 Phone (415) 355-1490, Fax (415) 3551492

www.sfdsa.org

| PRESIDENT | VICE-PRESIDENT | SECRETARY | TREASURER | SERGEANT AT ARM |
|---|---|---|---|---|
| David Wong | Edward Ruppenstein | John Caramucci | Michael Zehner | Shedrick McDaniels |

Dear Carlos Vargas,

Thank you for your interest in our fund-raising project. Below you will find a list of sponsorship levels and corresponding contributions. Any contribution would be greatly appreciated by the San Francisco Deputy Sheriffs' Association as we strive to help the community.

## SPONSORSHIP
$2,500 & UP=COMPANY LOGO ON 30 BILLBOARDS IN S.F.

## CONTRIBUTION
BILLBOARDS DISPLAYED IN SF
Nov 28th thru Jan 2nd.

| | |
|---|---|
| DIAMOND (COMMUNITY INTEREST) SPONSORSHIP | $10,000 |
| PLATINUM SPONSORSHIP | $5000 |
| GOLD SPONSORSHIP | $2500 |
| SILVER SPONSORSHIP | $1000 |
| BRONZE SPONSORSHIP | $600 |
| FRIEND OF LAW ENFORCEMENT | $300 |

Any corporate sponsorship (**$1,000** or above) will reserve a spot for your company logo on our **10' x 5' banner to be displayed at the event.**

## CREDIT CARD INFORMATION

TYPE OF CARD (CHECK ONE): ☐ VISA, ☐ MASTERCARD, ☐ AMEX, ☐ DISCOVER

NAME OR COMPANY: _____

CREDIT CARD NUMBER #: _____     EXPIRATION DATE: _____

3 DIGIT CODE (LOCATED ON BACK OF CARD, AMEX EXCLUDED) _____     AMOUNT: $ _____

MAILING ADDRESS (FOR RECEIPT) _____

IF YOU CHOOSE TO DONATE BY CC, FILL OUT THE INFORMATION AND FAX THIS FORM TO THE FAX NUMBER ABOVE. YOU WILL RECEIVE A COPY OF YOUR CC RECEIPT AND AN SFDSA RECEIPT IN THE MAIL.

Mr. Vargas                                                                                Page 1 of 1

## Lynn Halcomb

**From:**     Carlos Vargas [Carlos@apsint.com]
**Sent:**     Wednesday, March 28, 2007 10:59 AM
**To:**       Lynn Halcomb
**Subject:** FW: Mr. Vargas

---

**From:** Cecilia Freund [mailto:mcfreund@earthlink.net]
**Sent:** Wed 3/28/2007 10:11 AM
**To:** Carlos Vargas
**Subject:** Mr. Vargas

Dear Mr. Vargas:
My name is Cecilia Cuadra Freund.  I am currently freelancing for La
Prensa, a Nicaraguan newspaper.  The newspaper wants to print stories
featuring people of Nicaraguan descent, who now reside in the bay
area.  I read a bit about your company and the scholarship you
established in your brother's honor.  I would like to know if you
might be interested in meeting with me.  If you are too busy we could
also speak on the phone.
Thanks so much,
Cecilia Cuadra Freund
Tel:  (415) 425-9162

3/28/2007

March 25, 2007

U. S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, California 94111

    RE:  Carlos Ivan Vargas

My name is Linda K. Walsh and I am a United States citizen.

I am married to Jay Walsh, Carlos's business partner and have known Carlos since he
was 17 years old.  When he joined APS International in 1996,we became closer friends
as we saw a great deal more of each other than previously.

I know Carlos to be a resourceful businessman and a wonderful family man.  Since the
tragic death of his brother, he has assumed the role of head of his very large family.  He
is a loving father and son, uncle and brother, and in that capacity is an irreplaceable
person.  Not only do his three children and wife depend upon him for support and
guidance but his mother, sister, nephews and nieces rely upon him heavily.  I marvel at
the grace with which he accepts these important responsibilities.

His importance to his family is equaled by his value as president of APS International.
Without his participation in this company, its continuance is in question.  In that sense, a
great many more people depend upon Carlos's energy, talent and integrity.

I did not know him well before he was arrested.  I believe his situation was typical of the
all too frequent misfortunes, misjudgments and mistakes that result when young boys are
left without the positive example that a good father would provide.  Carlos is acutely
aware of this and that is very likely a strongly contributing factor in his determination to
be a loving and caring father.

It is heart warming that in his case at least; his incarceration left him with great resolve to
take his life in a positive direction.  He has become a wonderful member of his
community and a contributing person to our society generally.  It would be a tragic loss
to that community and society if we were deprived of this man who is a shining example
to us all.

Very truly yours,

Linda K. Walsh



# NATIONAL LATINO PEACE OFFICERS' ASSOCIATION
## ALAMEDA COUNTY CHAPTER

P.O. Box 17083   Oakland, California 94619

17 Mar 07

U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco, CA 94111

RE:    Carlos Ivan Vargas

Dear Naturalization Officer:

My name Arturo Bautista and I am a proud citizen of the United States. I have known Carlos Vargas for several years and have come to associate with him closely within the past five years. Carlos and I have become friends and I am a frequent guest at his home. I have attended several social events with him such as; birthday parties, sporting events, family gatherings, and barbecues.

I've traveled with Carlos on several occasions and have observed his interaction people and friends. I have also become aware of his evolvement to better society; specifically the Latino community. For example, Carlos recently discovered that I am the president of a law enforcement association. Without solicitation Carlos immediately offered to assist my association's youth scholarship program. He also offered to speak to Latino "at risk" students regarding drug and gang prevention, which we are currently working on.

On a more personal note, Carlos has shared personal matters with me. We have engaged in "heart to heart" conversations regarding his past regrets and future hopes. Because Carlos has acknowledged his shortcomings, has sought out ways to make recompense, has become economically independent and has surrounded himself with positive people, I believe he will never again become involved in criminal behavior. I believe Carlos has changed his life and is fully rehabilitated and is now a productive member of society.

If you would like to speak to me directly, I can be reached at 415-385-5816.

Sincerely,

Arturo Bautista
Alameda County Chapter President
National Latino Peace Officers' Association

My name is Edwin F. Somarriba. I am Carlos Vargas's uncle and I have known Carlos for (31) thirty-one years. My sister Lucy, Carlos, his older brother Eric and his younger sister Neddy came to live with my parents and my family in San Francisco when the earthquake in Nicaragua displaced his family. Carlos was (9) nine years old when he was forced to leave due to the conditions that the disaster created. When Carlos and his family left his father had to stay.

I am (9) nine years older than Carlos, so while he lived with our family I was able to provide him with proper guidance. I would take Carols and Eric places with me and talk to him about life. Four years after Carlos moved in with us I joined the U.S. Marine Corps and left home for four years. While I was gone Carlos and his family moved out of my parent's house and for the second time he was left without a positive male role model to give him guidance. I lost touch with Carlos upon my return, because I focused my attention on school and preparing to join the Oakland Police Dept. I became a U.S. citizen after being honorably discharged. Shortly after being hired on as a police officer I started my family, moved out of the bay area and drifted even further away from Carlos.

Whenever I would speak with my parents they would mention that Carlos had either called to see how they were doing or stopped by the house. We are a close family, but Carlos has always made the effort to keep us from losing touch. I moved back to the Bay Area several years ago and have been able to stay closer in touch with Carlos. Carlos is a very helpful and giving person. I have never seen him turn down a request for help. I cannot see Carlos being involved in any type of criminal activity because of what he has accomplished and the important role he plays in his children's life. Whenever we have family get-togethers I see the love he has for his children and the way he corrects them. I believe the hard times Carlos went through while growing up has made him a very loving and protective father. Carlos is an attentive husband who values his wife's concerns. Carlos has big parties for any occasion and I believe he does this just to give the family a reason to be together.

In closing, I believe it would devastate our family if Carlos were to be deported. Carlos is a vital member of our family.

Sincerely,

Edwin F. Somarriba

My name is Matthew Andrew Somarriba, I am Nineteen years old and I am employed my Macy's. I have known Carlos Vargas my whole life. He has been a role model of mine throughout my life and has shown me nothing but love. Growing up I would only see him on occasions but every encounter would be a loving one. Carlos has shown my family much love through various ways. When I use to go over to his house to visit with my cousin, Carlos would make sure we were okay and he would go out of his way to entertain. This to me was a lesson that was taught by my father but also it was the way my uncle was taught. Before my uncle Erik passed he would take me on drives and we would have very intimate conversations. Losing my other uncle was very hard, my uncle Carlos took the role of my uncle Erik, in my eyes. We have shared many valuable and impacting talks that have stuck with me from pre-teens until now. I am able to accept from him lessons or teachings I wouldn't receive from most people. Every one of his talks is very productive and motivational to me. I view Carlos as an extension of my dad and my uncle and my life wouldn't be the same without Carlos. I look to my uncle Carlos for advice when I can. He is one of my closest uncle's.

Sincerely,

Matthew A. Somarriba

yeah my uncle Carlos is a good man. Anytime we go to his house he would let me go on the computer, watch t.v., play my video games on his big screen t.v.. I can always call him. When I was sick he would come to my house just to see me. He would help my dad take good care of me. For my birthdays he has given me presents i have really enjoyed like last year he gave me this real nice pair of brown Adidas and a nice matching jacket but it's not just the presents it's the love he has for my family Uncle Carlos would help me and my brother with whatever it was. from school to our family it never mattered to him what it was he just wanted to see my family happy as in he would invite me and my brother to sleep over to spend time with my cousins we use to play basketball and he would let my cousins sleep over my house to because he wanted family to stay in touch and I love the way he makes me laugh when I cry I can always call him

Sincerely
Eddie Somarriba

**Lynn Halcomb**

**To:**              customercare@overniteexpress.com
**Subject:**         RE: Overnite Express Delivery Confirmation


-----Original Message-----
From: customercare@overniteexpress.com [mailto:customercare@overniteexpress.com]
Sent: Thursday, April 05, 2007 12:45 PM
To: Lynn Halcomb
Subject: Overnite Express Delivery Confirmation


Here is the delivery confirmation that you requested:
Delivery Address: 630 Sansome Street, San Francisco, 94111 Delivery Name: Officer Ronald Ennis--Citizens
Delivery Company: Citizenship & Immigration Service Received By: brown Delivery Time: 04/05/2007
12:35:25 Shipment #: 15158-000662-V10
Shipper Name: Lynn Halcomb
Your Billing Reference (Optional): ZN9071/Vargas

OVERNITE EXPRESS delivers to California, Arizona, Nevada and Mexico.

 **OverniteExpress**





15158-000662-V10

One Overnite -- EA

Bill To:15158        Date: 4/4/2007
From:Lynn Halcomb
      Van Der Hout, Brigagliano & Nightingale, LLP
      180 Sutter Street
      Ste:5th floor
      San Francisco , CA 94104
      0

Billing Reference:ZN9071/Vargas

**To:Officer Ronald Ennis--Citizenship Branch**

**Citizenship & Immigration Service**
**630 Sansome Street**
**Ste:**
**San Francisco , CA 94111**
**4159813000**



SPECIAL INSTRUCTIONS: Signature Required

Number of Pieces: 1

**Signature Required**

Please fold this page in half and place it in the pouch on your shipment. Only one copy is required by Overnite Express.
WARNING: Use only the printed label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional
billing charges, along with cancellation of your Overnite Express account or OverniteShip Online Profile. Shipments with invalid account or credit card
numbers will not be delivered.

## PROOF OF SERVICE BY MAIL

I, Zachary Nightingale, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout, Brigagliano & Nightingale, LLP, 180 Sutter Street, Fifth Floor, San Francisco, CA 94104.

On October 1, 2007, I caused to be served the within:

**DECLARATION OF ZACHARY NIGHTINGALE IN SUPPORT OF PETITION FOR NATURALIZATION PURSUANT TO 8 U.S.C. § 1447(b)**

on the opposing counsel by depositing one copy thereof, enclosed in a sealed envelope with postage fully pre-paid, in a mailbox regularly maintained by the United States Postal Service at San Francisco, California, addressed as follows:

> Civil Process Clerk
> Office of the United States Attorney
> Northern District of California
> 450 Golden Gate Ave.
> Tenth Floor, Box 36055
> San Francisco, CA  94102

Executed on October 1, 2007, at San Francisco, California.  I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Zachary Nightingale
Declarant