SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS IVAN VARGAS,<br>               Petitioner,<br><br>        v.<br><br>ROSEMARY MELVILLE, District Director,<br>in her Official Capacity, District Director,<br>Citizenship and Immigration Services, United<br>States Department of Homeland Security, San<br>Francisco, California, *et al.*,<br><br>               Respondents. | No. C 07-5062 EDL<br><br>**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Petitioner and Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

| | |
|---|---|
| Date: October 23, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br>/s/<br>―――――――――――――<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: October 23, 2007 | /s/<br>―――――――――――――<br>ZACHARY NIGHTINGALE<br>MARC VAN DER HOUT<br>Attorneys for Petitioner |

Consent to Magistrate Jurisdiction
C07-5062 EDL                                    2