SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS IVAN VARGAS, | No. C 07-5062 EDL |
| Petitioner, | |
| v. | **STIPULATION FOR DISMISSAL and [PROPOSED] ORDER** |
| ROSEMARY MELVILLE, District Director, in her Official Capacity, District Director, Citizenship and Immigration Services, United States Department of Homeland Security, San Francisco, California, *et al.*, | |
| Respondents. | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice, in light of the fact that the United States Citizenship and Immigration Services is now prepared to approve Petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action. The parties agree that the Court will have jurisdiction to enforce this order if necessary.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation for Dismissal
C07-5062 EDL                                    1

| | |
|---|---|
| 1  Date: October 23, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| | |
| 5 | _____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 9  Date: October 23, 2007 | _____/s/_____<br>ZACHARY NIGHTINGALE<br>MARC VAN DER HOUT<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation for Dismissal
C07-5062 EDL                                                2