1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 CARLOS IVAN VARGAS,                  )
                                        ) No. C 07-5062 EDL
13           Petitioner,                )
                                        )
14      v.                              ) **STIPULATION FOR DISMISSAL and**
                                        ) **[PROPOSED] ORDER**
15 ROSEMARY MELVILLE, District Director,)
   in her Official Capacity, District Director, )
16 Citizenship and Immigration Services, United )
   States Department of Homeland Security, San  )
17 Francisco, California, *et al.*,     )
                                        )
18           Respondents.               )
   _____)
19

20     Petitioner, by and through his attorney of record, and Respondents, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

22 above-entitled action without prejudice, in light of the fact that the United States Citizenship and

23 Immigration Services is now prepared to approve Petitioner's application for naturalization and

24 agrees to do so within 30 days of the dismissal of this action. The parties agree that the Court will

25 have jurisdiction to enforce this order if necessary.

26     Each of the parties shall bear their own costs and fees.

27 ///

28 ///

Stipulation for Dismissal
C07-5062 EDL                                    1

| | |
|---|---|
| Date: October 23, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br><br>_____/s/_____<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: October 23, 2007 | _____/s/_____<br>ZACHARY NIGHTINGALE<br>MARC VAN DER HOUT<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*

Stipulation for Dismissal
C07-5062 EDL                              2